IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | PO-24-5222-GF-JTJ |
|---|---|
| Plaintiff, | VIOLATION: E20288616 |
| vs. | |
| CHRISTIAN W. HUMPHRIES, | Location Code: M13 |
| Defendant. | ORDER |

Based upon the United States' motion to accept the defendant's payment of a $70 fine and $30 processing fee for violation E20288616 (for a total of $100), and for good cause shown,

**IT IS ORDERED** that the $100 fine paid by the defendant is accepted as a full adjudication of violation E20288616.

**IT IS FURTHER ORDERED** that the sentencing scheduled for February 6, 2025, is **VACATED.**

DATED this 31st day of January, 2025.

John Johnston
United States Magistrate Judge